| 00606 | RUG DOCTOR, LLC | | | Check No: **00119717** |
|---|---|---|---|---|
| | 2201 W. PLANO PARKWAY, STE 100, PLANO, TX 75075  |  (972) 673-1400 | | | |

| ID# | Name | SSN | Period Start |
|---|---|---|---|
| **U02130** | **NANCI M SCHWIND** | **xxx-xx-9421** | **11/01/2017** |

| Pay Date | Department | Location | Federal Allowances | Pay Method | Period End |
|---|---|---|---|---|---|
| **11/15/2017** | **10840** | **TX-PLANO** | **S-0** | **SALARY** | **11/15/2017** |

**EARNINGS:**

| Description | Rate | Hours | Amount | Year-to-Date |
|---|---|---|---|---|
| REGULAR | 56.1176 | 86.6670 | $ 4,863.54 | $ 94,324.26 |
| HOLIDAY | | | | $ 2,660.48 |
| VACATION | | | | $ 3,772.87 |
| SICK PAY | | | | $ 442.31 |
| **Total Earnings:** | | 86.6670 | $ 4,863.54 | $ 101,199.92 |

**TAXES:**

| Description | Amount | Year-to-Date |
|---|---|---|
| FEDERAL W/H | $ 1,263.81 | $ 22,711.34 |
| SOCIAL SEC | $ 295.18 | $ 6,140.85 |
| MEDICARE | $ 69.04 | $ 1,436.17 |
| **Total Taxes:** | $ 1,628.03 | $ 30,288.36 |

**DEDUCTIONS:**

| Description | Amount | Year-to-Date |
|---|---|---|
| MEDICAL | $ 91.00 | $ 1,911.00 |
| DENTAL | $ 8.50 | $ 178.50 |
| VISION | $ 3.07 | $ 64.47 |
| SUPP LIFE | $ 9.68 | $ 203.28 |
| CRIT ILLNESS | $ 10.32 | $ 216.72 |
| LTD | $ 9.11 | $ 191.31 |
| STD | $ 12.17 | $ 255.57 |
| **Total Deductions:** | $ 143.85 | $ 3,020.85 |

**PAID LEAVE:**

| Plan Name | Available | Taken |
|---|---|---|
| VACATION | 88.54 | 52.00 |
| SICK | 80.00 | 8.00 |

**CONTRIBUTIONS:**

| Description | Amount | Year-to-Date |
|---|---|---|
| | | |

| Net Pay: | $ 3,091.66 |
|---|---|
| Net Pay Year-to-Date: | $ 67,890.71 |

**DIRECT DEPOSIT:**

| Account Type | Account ID | Amount |
|---|---|---|
| CHECKING | 20230 | $ 3,091.66 |

©Exponent<sup>HR</sup> by Exponent Technologies

---

**RUG DOCTOR, LLC**
2201 W. PLANO PARKWAY, STE 100
PLANO, TX 75075

Date: **11/15/2017**

**00119717**

Pay to the order of: **NANCI M SCHWIND**    Amount: $ ***3,091.66

Your net pay has been directly deposited into the bank accounts shown    U.S. Dollars

U02130
**NANCI M SCHWIND**
**420 E. WALL STREET**
**GRAPEVINE, TX 76051**


NON-NEGOTIABLE

| 00606 | RUG DOCTOR, LLC | | | | | Check No: 00120170 |
|---|---|---|---|---|---|---|
| | 2201 W. PLANO PARKWAY, STE 100, PLANO, TX 75075 | (972) 673-1400 | | | | |

| ID# | Name | SSN | Period Start |
|---|---|---|---|
| U02130 | NANCI M SCHWIND | xxx-xx-9421 | 11/16/2017 |

| Pay Date | Department | Location | Federal Allowances | Pay Method | Period End |
|---|---|---|---|---|---|
| 11/30/2017 | 10840 | TX-PLANO | S-0 | SALARY | 11/30/2017 |

### EARNINGS

| Description | Rate | Hours | Amount | Year-to-Date |
|---|---|---|---|---|
| REGULAR | 56.1176 | 70.6670 | $ 3,965.66 | $ 98,289.92 |
| HOLIDAY | 56.1176 | 8.0000 | $ 448.94 | $ 3,109.42 |
| VACATION | 56.1176 | 8.0000 | $ 448.94 | $ 4,221.81 |
| SICK PAY | | | | $ 442.31 |
| **Total Earnings:** | | 86.6670 | $ 4,863.54 | $ 106,063.46 |

### TAXES

| Description | Amount | Year-to-Date |
|---|---|---|
| FEDERAL W/H | $ 1,263.81 | $ 23,975.15 |
| SOCIAL SEC | $ 295.18 | $ 6,436.03 |
| MEDICARE | $ 69.03 | $ 1,505.20 |
| **Total Taxes:** | $ 1,628.02 | $ 31,916.38 |

### DEDUCTIONS

| Description | Amount | Year-to-Date |
|---|---|---|
| MEDICAL | $ 91.00 | $ 2,002.00 |
| DENTAL | $ 8.50 | $ 187.00 |
| VISION | $ 3.07 | $ 67.54 |
| SUPP LIFE | $ 9.68 | $ 212.96 |
| CRIT ILLNESS | $ 10.32 | $ 227.04 |
| LTD | $ 9.24 | $ 200.55 |
| STD | $ 12.35 | $ 267.92 |
| **Total Deductions:** | $ 144.16 | $ 3,165.01 |

| | | |
|---|---|---|
| Net Pay: | $ | 3,091.36 |
| Net Pay Year-to-Date: | $ | 70,982.07 |

### PAID LEAVE

| Plan Name | Available | Taken |
|---|---|---|
| VACATION | 81.24 | 60.00 |
| SICK | 80.00 | 8.00 |

### CONTRIBUTIONS

| Description | Amount | Year-to-Date |
|---|---|---|
| | | |

### DIRECT DEPOSIT

| Account Type | Account ID | Amount |
|---|---|---|
| CHECKING | 20230 | $ 3,091.36 |

©ExponentHR by Exponent Technologies

---

**RUG DOCTOR, LLC**
2201 W. PLANO PARKWAY, STE 100
PLANO, TX 75075

Date: **11/30/2017**

**00120170**

Pay to the order of: **NANCI M SCHWIND**        Amount: $ ***3,091.36

Your net pay has been directly deposited into the bank accounts shown        U.S. Dollars

U02130
**NANCI M SCHWIND**
**420 E. WALL STREET**
**GRAPEVINE, TX 76051**



| 00606 | RUG DOCTOR, LLC | | | | Check No: 00120853 |
|---|---|---|---|---|---|
| | 2201 W. PLANO PARKWAY, STE 100, PLANO, TX 75075 | (972) 673-1400 | | | |

| ID# U02130 | Name NANCI M SCHWIND | | | SSN xxx-xx-9421 | Period Start 12/01/2017 |
|---|---|---|---|---|---|
| Pay Date 12/15/2017 | Department 10840 | Location TX-PLANO | Federal Allowances S-0 | Pay Method SALARY | Period End 12/15/2017 |

**EARNINGS:**

| Description | Rate | Hours | Amount | Year-to-Date |
|---|---|---|---|---|
| REGULAR | 56.1176 | 78.6670 | $ 4,414.60 | $ 102,704.52 |
| HOLIDAY | 56.1176 | 8.0000 | $ 448.94 | $ 3,558.36 |
| MILESTONE AN | | | $ 75.00 | $ 75.00 |
| VACATION | | | | $ 4,221.81 |
| SICK PAY | | | | $ 442.31 |
| **Total Earnings:** | | 86.6670 | $ 4,938.54 | $ 111,002.00 |

**TAXES:**

| Description | Amount | Year-to-Date |
|---|---|---|
| FEDERAL W/H | $ 1,284.81 | $ 25,259.96 |
| SOCIAL SEC | $ 299.83 | $ 6,735.86 |
| MEDICARE | $ 70.12 | $ 1,575.32 |
| **Total Taxes:** | $ 1,654.76 | $ 33,571.14 |

**DEDUCTIONS:**

| Description | Amount | Year-to-Date |
|---|---|---|
| MEDICAL | $ 91.00 | $ 2,093.00 |
| DENTAL | $ 8.50 | $ 195.50 |
| VISION | $ 3.07 | $ 70.61 |
| SUPP LIFE | $ 9.68 | $ 222.64 |
| CRIT ILLNESS | $ 10.32 | $ 237.36 |
| LTD | $ 9.24 | $ 209.79 |
| STD | $ 12.35 | $ 280.27 |
| **Total Deductions:** | $ 144.16 | $ 3,309.17 |

**PAID LEAVE:**

| Plan Name | Available | Taken |
|---|---|---|
| VACATION | 81.24 | 60.00 |
| SICK | 80.00 | 8.00 |

**CONTRIBUTIONS:**

| Description | Amount | Year-to-Date |
|---|---|---|

| Net Pay: | $ 3,139.62 |
|---|---|
| Net Pay Year-to-Date: | $ 74,121.69 |

**DIRECT DEPOSIT:**

| Account Type | Account ID | Amount |
|---|---|---|
| CHECKING | 20230 | $ 3,139.62 |

©Exponent HR by Exponent Technologies

---

**RUG DOCTOR, LLC**
2201 W. PLANO PARKWAY, STE 100
PLANO, TX 75075

Date: 12/15/2017

00120853

Pay to the order of: **NANCI M SCHWIND**     Amount: $ ***3,139.62

Your net pay has been directly deposited into the bank accounts shown     U.S. Dollars

U02130
**NANCI M SCHWIND**
420 E. WALL STREET
GRAPEVINE, TX 76051


NON-NEGOTIABLE

| 00606 | RUG DOCTOR, LLC | | | | | Check No: 00121255 |
|---|---|---|---|---|---|---|
| | 2201 W. PLANO PARKWAY, STE 100, PLANO, TX 75075 | (972) 673-1400 | | | | |
| ID# U02130 | Name NANCI M SCHWIND | | | SSN xxx-xx-9421 | | Period Start 12/16/2017 |
| Pay Date 12/29/2017 | Department 10840 | Location TX-PLANO | Federal Allowances S-0 | Pay Method SALARY | | Period End 12/31/2017 |

**EARNINGS:**

| Description | Rate | Hours | Amount | Year-to-Date |
|---|---|---|---|---|
| REGULAR | 56.1176 | 86.6670 | $ 4,863.54 | $ 107,568.06 |
| HOLIDAY | | | | $ 3,558.36 |
| MILESTONE AN | | | | $ 75.00 |
| VACATION | | | | $ 4,221.81 |
| SICK PAY | | | | $ 442.31 |
| **Total Earnings:** | | 86.6670 | $ 4,863.54 | $ 115,865.54 |

**TAXES:**

| Description | Amount | Year-to-Date |
|---|---|---|
| FEDERAL W/H | $ 1,263.81 | $ 26,523.77 |
| SOCIAL SEC | $ 295.18 | $ 7,031.04 |
| MEDICARE | $ 69.04 | $ 1,644.36 |
| **Total Taxes:** | $ 1,628.03 | $ 35,199.17 |

**DEDUCTIONS:**

| Description | Amount | Year-to-Date |
|---|---|---|
| MEDICAL | $ 91.00 | $ 2,184.00 |
| DENTAL | $ 8.50 | $ 204.00 |
| VISION | $ 3.07 | $ 73.68 |
| SUPP LIFE | $ 9.68 | $ 232.32 |
| CRIT ILLNESS | $ 10.32 | $ 247.68 |
| LTD | $ 9.24 | $ 219.03 |
| STD | $ 12.35 | $ 292.62 |
| **Total Deductions:** | $ 144.16 | $ 3,453.33 |

**Net Pay:** $ 3,091.35
**Net Pay Year-to-Date:** $ 77,213.04

**PAID LEAVE:**

| Plan Name | Available | Taken |
|---|---|---|
| VACATION | 81.24 | 60.00 |
| SICK | 80.00 | 8.00 |

**DIRECT DEPOSIT:**

| Account Type | Account ID | Amount |
|---|---|---|
| CHECKING | 20230 | $ 3,091.35 |

©Exponent[HR] by Exponent Technologies

---

**RUG DOCTOR, LLC**
2201 W. PLANO PARKWAY, STE 100
PLANO, TX 75075

Date: **12/29/2017**

**00121255**

Pay to the order of: **NANCI M SCHWIND**    Amount: $ ***3,091.35

Your net pay has been directly deposited into the bank accounts shown    U.S. Dollars

U02130
**NANCI M SCHWIND**
**420 E. WALL STREET**
**GRAPEVINE, TX 76051**



NON-NEGOTIABLE