ntchrg (rev. 05/11)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:  
Nanci Marie Schwind  §  Case No.: 17–45182–mxm7  
 §  Chapter No.: 7  
Debtor(s) §

# NOTICE SETTING HEARING

    A hearing has been set in the U.S. Bankruptcy Court for **May 10, 2018** at **01:30 PM** before the Honorable Mark X. Mullin at 501 W. Tenth, Room 128, Ft. Worth, TX 76102 to consider

Reaffirmation agreement between debtor and Chris Fields filed by Debtor Nanci Marie Schwind.

DATED:  April 20, 2018

FOR THE COURT:  
Jed G. Weintraub, Clerk of Court

by: /s/J. Calfee, Deputy Clerk